**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA- PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br>**Ida Mae Wolfe,**<br>**Aka Ida Mae Bennett,**<br>**Aka Ida Mae Wolfe-Bennett,**<br>       **Debtor,**<br><br>**NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY,**<br>       **Movant.**<br>**v.**<br>**Ida Mae Wolfe,**<br>**Aka Ida Mae Bennett,**<br>**Aka Ida Mae Wolfe-Bennett, and**<br>**William Miller, Ch. 13 Trustee**<br>       **Respondents.** | **Bankruptcy No. 17-17504-amc**<br><br>**Chapter 13** |

**ORDER OF COURT**

AND NOW, this         day of            , 2020, upon consideration of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY; and it is further

ORDERED, that NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY be entitled to proceed with appropriate state court remedies against the property located at 316 W Earlham Terrace, Philadelphia, Pennsylvania 19144-3920, including without limitation a sheriff's sale of the property, and it is further

ORDERED that NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY shall provide notice of any surplus to the Trustee promptly after the property is disposed of.

ORDERED that NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY's request to waive the 14 day stay period pursuant to Fed. R. Bankr. P. 4001(a)(3) is granted.

BY THE COURT

_____
Judge Ashely M. Chan
U.S. Bankruptcy Court Judge

**Date: October 1, 2020**